**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

———————

TEL.  (917) 373-9128
ShakedLawGroup@Gmail.com

January 3, 2024

**Via ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **Nadreca Reid v. Kasamba Inc.**
**Case No. 23-cv-10139-LGS**
**Motion to Adjourn Conference and Extend Deadline to file Documents**

> The initial pretrial conference scheduled for January 10, 2024, is adjourned to **February 14, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **February 7, 2024**. So Ordered.
>
> Dated: January 4, 2024
> New York, New Yok
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

The undersigned represents Nadreca Reid, the Plaintiff in the above-referenced case.  On November 20, 2023, Your Honor issued an Order scheduling an Initial Conference for January 10, 2023 at 4:00 p.m. and directing the parties to file a joint letter and a joint Proposed Civil Case Management Plan and Scheduling Order ("CMP") by January 3, 2023.

Defendant was served on December 7, 2023 [See Docket #6]. Defendant's deadline to answer was December 28, 2023. As service was made through Defendant's registered agent, it is not unusual for Defendants to receive late notice of an action. It is also possible that the Holiday schedule may have affected Defendant's knowledge of the lawsuit.

I will make efforts to reach out to Defendant by other means to ensure that they are aware of this action. Consequently, I respectfully request that the January 10, 2023 Initial Conference be adjourned for 30 days in the hopes that Defendant may still appear. If Defendant continues to ignore this lawsuit by the adjourned date, I will seek a default judgment.

No prior request for this relief has been made.

Thank you for your consideration.

Respectfully submitted,

*/s/ Dan Shaked*
Dan Shaked, Esq.

cc: Kasamba Inc. (via first-class mail)