UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NADRECA REID,
                             Plaintiff,

                  -against-                       23 Civ. 10139 (LGS)

KASAMBA INC.,                                 ORDER

                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 4, 2024, required the parties to file a proposed case management plan and joint letter by February 7, 2024;

WHEREAS, the initial pretrial conference is currently scheduled for February 14, 2024, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **February 12, 2024**.

Dated: February 9, 2024
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE